## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD COOPER,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>DROCK GAMING, LLC,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-02961-RFB-NJK<br><br>ORDER<br><br>(Docket No. 12) |

　　　　Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 12. The discovery plan proposes time periods longer than the presumptively reasonable time periods set forth in LR 26-1(b). If the parties wish to request longer deadlines, they must follow the procedure set forth in LR 26-1(a). Additionally, the parties misstate LR 26-4.

　　　　Accordingly, the Court hereby **DENIES** the parties' stipulated proposed discovery plan and scheduling order. Docket No. 12. The parties shall file a new stipulated proposed discovery plan and scheduling order that complies with the Local Rules, no later than February 8, 2017.

　　　　IT IS SO ORDERED.

　　　　DATED: February 6, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge