**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant DROCK GAMING, LLC,*
*dba The D fka Fitz and/or Fitzgeralds*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD COOPER, and individual;<br><br>Plaintiff,<br><br>vs.<br><br>DROCK GAMING, LLC, dba The D fka Fitz and/or Fitzgerald's a limited liability company; DOES 1 through 10; and ROE Corporations 11 through 20, inclusive,<br><br>Defendants | CASE NO. 2:16-cv-02961-RFB-NJK<br><br>**DEFENDANT DROCK GAMING, LLC'S MOTION FOR EXCEPTION TO EARLY NEUTRAL EVALUATION SESSION ATTENDANCE REQUIREMENTS** |

     COMES NOW Defendant DROCK GAMING, LLC, dba The D fka Fitz and/or Fitzgeralds ("Defendant") through undersigned counsel, the law firm of Dickinson Wright, PLLC, and hereby submits this Motion for Exception to Early Neutral Evaluation Session Attendance Requirements (the "Motion").

/ / /
/ / / /
/ / /
/ / /



1

This Motion is supported by the following Memorandum of Points and Authorities and the papers and pleadings on file in this matter.

DATED this 7th day of February 2017.

    DICKINSON WRIGHT PLLC

    */s/ Cynthia L. Alexander*
    Cynthia L. Alexander
    Nevada Bar No. 6718
    Taylor Anello
    Nevada Bar No. 12881
    8363 West Sunset Road, Suite 200
    Las Vegas, Nevada  89113-2210
    Tel:  (702) 550-4400
    *Attorneys for Defendant DROCK GAMING, LLC, dba The D fka Fitz and/or Fitzgeralds*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. Introduction

On January 11, 2017, this matter was assigned to the Early Neutral Evaluation ("ENE") Program.  The ENE session is scheduled for March 17, 2017 in the chambers of U.S. Magistrate Judge Peggy A. Leen.  The purpose of this Motion is to seek approval of the Court for the insurance carrier to appear at the ENE session telephonically.  Plaintiff's counsel has indicated that he will not oppose this Motion.

### II. Argument

Pursuant to the Order Scheduling Early Neutral Evaluation Session issued by this Court on January 11, 2017 (the "Order"), "[i]n the case of non-individual parties, counsel shall arrange for a representative with binding authority to settle this matter up to the full amount of the claim to be present for the duration of the ENE session." [Dkt. No. 11].  Additionally, pursuant to the Order, "[i]f any party is subject to coverage by an insurance carrier, then a representative of the

2

insurance carrier with authority to settle this matter up to the full amount of the claim must also be present for the duration of the ENE session." [*Id.*]

The claims in Plaintiff's Complaint are subject to an insurance policy, which has a substantial retention amount that is the responsibility of Defendant. This retention amount must be exhausted before the insurance policy can be utilized. A representative of Defendant will attend the ENE session in person and have full authority for the retention amount. The insurance representative assigned to this matter works and resides out of state. In order to attend the ENE in person, the insurance representative would have to expend additional time and travel costs. In order to avoid these expenses, Defendant requests that the insurance representative be permitted to attend the ENE telephonically. The insurance representative will be able to participate in the entire ENE via telephone and will have appropriate settlement authority relating to the insurance policy.

Counsel for Defendant has contacted Plaintiff's counsel regarding its request to have the insurance representative appear telephonically. Plaintiff's counsel has indicated that he is has no opposition to the insurance representative appearing telephonically.

If the Court grants this Motion, it will not hinder the ENE session in any way. First, a representative of Defendant with full authority as to the retention amount will be present at the ENE session. Second, the insurance representative will actively be participating in the ENE session telephonically. As such, the parties will have all of the authority necessary to participate in a good faith settlement discussion. Finally, counsel for Plaintiff has no objection to the telephonic appearance.

/ / /

/ / /

/ / /



### III. Conclusion

Defendant respectfully requests that this Court allow the insurance representative to appear at the March 17, 2017 ENE session telephonically.

DATED this 7th day of February 2017.

DICKINSON WRIGHT PLLC

*/s/ Cynthia L. Alexander*
Cynthia L. Alexander
Nevada Bar No. 6718
Taylor Anello
Nevada Bar No. 12881
8363 West Sunset Road, Suite 200
Las Vegas, Nevada  89113-2210
Tel:  (702) 550-4400
*Attorneys for Defendant DROCK GAMING, LLC, dba The D fka Fitz and/or Fitzgeralds*

IT IS ORDERED that Defendant's insurance representative shall be available telephonically for the duration of the ENE session.

Dated this 8th day of February, 2017.

Peggy A. Leen
United States Magistrate Judge



4

# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 7th day of February 2017, she served a copy of the foregoing **DEFENDANT DROCK GAMING, LLC'S MOTION FOR EXCEPTION TO EARLY NEUTRAL EVALUATION SESSION ATTENDANCE REQUIREMENTS** by filing through electronic service to all interested parties, through the Court's **ECF** system addressed to:

Christian Gabroy (#8805)
Gabroy Law Offices
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012

*Attorney for Plaintiff*

                                           *s/ Angelica V. Jimenez*
                                           An employee of Dickinson Wright PLLC

